```
CARLTON DiSANTE & FREUDENBERGER LLP
   Robin E. Weideman, State Bar No. 197595
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: rweideman@cdflaborlaw.com

Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE
GARRISON
```

ORIGINAL FILED
SEP 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CW

C 07 4811

| | |
|---|---|
| EVA DENES,<br><br>        Plaintiffs,<br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.<br><br>**DECLARATION OF YVONNE GARRISON IN SUPPORT OF DEFENDANTS' REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, 1446** |

FAXED

I, Yvonne Garrison, declare as follows:

        1.     I am currently employed with Travelers Indemnity Company ("Travelers") as a Field Product Line Manager for General Liability. I have been employed by Travelers for approximately twenty years. I have personal knowledge of the information stated herein, and if called and sworn as a witness in this matter, I could and would testify as set forth herein.

        2.     From the late 1990s through the time of Plaintiff's termination from Travelers in 2005, I worked with Plaintiff. During that time period, I had varying degrees of supervisory responsibility over Plaintiff. At the time of Plaintiff's termination, I was responsible for the overall supervision of the General Liability Unit and the employees within that unit, including Plaintiff, who was a Senior Technical Specialist in the General Liability Unit. I had, and

1  continue to have, access to information regarding the rate of pay of Plaintiff. Plaintiff's annual
2  salary at the time of her termination was $75,500.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct, and that this declaration was executed on September 14, 2007 in
5  Walnut Creek, California.

         *[signature]*
         Yvonne Garrison

2   DECLARATION OF Y. GARRISON

274496.1

<mark>PROOF OF SERVICE</mark>

<mark>STATE OF CALIFORNIA, COUNTY OF SACRAMENTO.</mark>

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 8950 Cal Center Drive, Suite 160, Sacramento, California 95826. On September 18, 2007, I served upon the interested party(ies) in this action the following document described as:

**DECLARATION OF YVONNE GARRISON IN SUPPORT OF DEFENDANTS' REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441**

By placing a true and correct copy thereof enclosed in sealed envelope(s) addressed as stated below for processing by the following method:

Michael J. Meyer
LAW OFFICES OF MICHAEL J. MEYER
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone: (510) 931-5720
Facsimile: (510) 337-1431

Gordon M. Fauth, Jr.
FAUTH LAW OFFICES
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Telephone: (510) 238-9610
Facsimile: (510) 337-1431

[X] By placing such envelope(s) with postage thereon fully prepaid into Carlton DiSante & Freudenberger LLP's interoffice mail for collection and mailing pursuant to ordinary business practice. I am familiar with the office practice of Carlton DiSante & Freudenberger LLP for collecting and processing mail with the United States Postal Service, which practice is that when mail is deposited with the Carlton DiSante & Freudenberger LLP personnel responsible for depositing mail with the United States Postal Service, such mail is deposited that same day in a post box, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service in Sacramento, California.

Executed on September 18, 2007, at Sacramento, California.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

_____Vonda Simmons_____        *Vonda Simmons* (Signature)
(Type or print name)

<mark>CARLTON DiSANTE &
FREUDENBERGER LLP</mark>

274496.1

1                                                                PROOF OF SERVICE