Robin E. Weideman, State Bar No. 197595
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: rweideman@cdflaborlaw.com

Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>    Plaintiff,<br>v.<br><br>TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON,<br><br>    Defendant. | Case No. C 07 4811 CW<br><br>**DECLARATION OF DIANE BENGSTON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Hearing Date:  December 20, 2007<br>Time:            2:00 p.m.<br><br>Courtroom 2, Fourth Floor<br>Hon. Claudia Wilken |

I, Diane Bengston, declare as follows:

1. I am employed by Travelers Indemnity Company, referred to herein as "Travelers" or "the Company." I am currently employed as Senior Vice President, Human Resources and have held this position since September 2002. I have held various other positions within the Company's human resources department since the 1980s. In connection with my employment with Travelers, I am familiar with and knowledgeable regarding Travelers employment policies and procedures, including those pertaining to employment dispute resolution and arbitration. I am also familiar with the facts surrounding the production and distribution of Travelers employee handbooks and related employment policies. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In 1994, during Plaintiff Eva Denes' employment, Travelers implemented a policy requiring binding arbitration of employment disputes as the final step to the company's internal dispute resolution procedure. By letter dated July 22, 1994 from Travelers Senior Vice President of Human Resources, Thomas Helfrich, all employees were notified through internal company mail of the adoption of the binding arbitration policy and that this policy was a condition of continued employment with Travelers. A true and correct copy of this July 22, 1994 letter is attached hereto as Exhibit A.

3. Travelers Employment Arbitration Policy was thereafter distributed to all employees through internal company mail as part of the employee handbook issued in July 1994. True and correct copies of pertinent excerpts from the 1994 handbook are attached hereto as Exhibit B.

4. In April 1996, during Ms. Denes' employment, Travelers issued a revised employee handbook, with an updated version of Travelers Employment Arbitration Policy. The handbook was distributed to all employees by internal company mail. By way of a cover letter accompanying the handbook, employees were specifically reminded that the handbook included an Employment Arbitration Policy and were advised to review the Employment Arbitration Policy carefully and to call their human resource representative with any questions. True and correct copies of the cover letter from the new Vice President of Human Resources together with pertinent excerpts from the April 1996 handbook are attached hereto as Exhibit C.

5. The 1996 handbook included a section entitled "Principles of Employment," specifically calling employees' attention to Travelers Employment Arbitration Policy and notifying them that continued employment constitutes acceptance of the Employment Arbitration Policy. A true and correct copy of the Principles of Employment is attached hereto as Exhibit D.

6. In January 1998, during Ms. Denes' employment, Travelers again issued an updated employee handbook and Employment Arbitration Policy, which were distributed to all employees through interoffice mail. As with prior handbooks, the 1998 handbook was accompanied by a cover letter to employees specifically calling their attention to the Employment Arbitration Policy in the handbook. True and correct copies of the cover letter and pertinent excerpts from the handbook are attached hereto as Exhibit E.

7.      In approximately August 2001, during Ms. Denes' employment, Travelers again issued a revised handbook. This edition of the handbook contained an updated Employment Arbitration Policy and was distributed to all employees via the Company's interoffice mail system. True and correct copies of the accompanying cover letter and relevant excerpts from the handbook are attached hereto as <u>Exhibit F</u>.

8.      In August 2002, during Ms. Denes' employment, Travelers issued another revised handbook, similarly containing an Employment Arbitration Policy. These materials were distributed to all employees via the Company's interoffice mail system. True and correct copies of pertinent excerpts from the 2002 handbook are attached hereto as <u>Exhibit G</u>.

9.      In April 2003, during Ms. Denes' employment, Travelers again issued a revised handbook, similarly containing the Employment Arbitration Policy. These materials were distributed to all employees via the Company's interoffice mail system. True and correct copies of pertinent excerpts from the 2003 handbook are attached hereto as <u>Exhibit H</u>.

10.     In February 2004, during Ms. Denes' employment, Travelers again issued a revised handbook. This edition of the handbook similarly contained an Employment Arbitration Policy and was distributed to all employees via the Company's interoffice mail system. True and correct copies of pertinent excerpts from the 2004 handbook are attached hereto as <u>Exhibit I</u>.

11.     On April 5, 2004, during Ms. Denes' employment, and in connection with the merger of The St. Paul Companies and Travelers Property Casualty Corp., the Company (through its Senior Vice President, Human Resources, John Clifford) sent an e-mail to all employees regarding various employment policies, including with respect to the Company's Internal Dispute Resolution and Employment Arbitration Policies. A true and correct copy of this e-mail is attached as <u>Exhibit J</u>. The version of the Employment Arbitration Policy referred to in the e-mail is the version attached hereto as <u>Exhibit I</u>.

12.     In April 2005, during Ms. Denes' employment, Travelers re-issued its Internal Dispute Resolution and Employment Arbitration Policies and distributed them to all employees via the Company's interoffice mail. These policies were also posted on the Company's Intranet for

///

1 | ready and ongoing access to all employees. True and correct copies of the 2005 policies are
2 | attached hereto as <u>Exhibit K</u>.
3 |     I declare under penalty of perjury under the laws of the United States and the States of
4 | Connecticut and California that the foregoing is true and correct.
5 |     Executed on this ___9___ day of November, 2007, in Hartford, Connecticut.

*/s/ Diane Bengston*
Diane Bengston

CARLTON DiSANTE &
FREUDENBERGER LLP
280112.1

4

DECLARATION OF D. BENGSTON IN SUPPORT
OF MOTION TO COMPEL ARBITRATION
Case No. C 07 4811 CW