Robin E. Weideman, State Bar No. 197595
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: rweideman@cdflaborlaw.com

Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>    Plaintiffs,<br>v.<br><br>TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON,<br><br>    Defendants. | Case No. C 07 4811 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Hearing Date: December 20, 2007<br>Time:        2:00 p.m.<br><br>**Courtroom 2, Fourth Floor**<br>**Hon. Claudia Wilken** |

Defendants Travelers Indemnity Company and Yvonne Garrison ("Defendants") move to compel arbitration and stay these proceedings pending completion of arbitration. Having considered the papers, evidence, and argument filed in support of and in opposition to the motion, the Court GRANTS Defendants' motion and hereby orders as follows:

  1.   This action is to be resolved by final and binding arbitration before the American Arbitration Association; and

/ / /

/ / /

/ / /

2. The proceedings in this Court are stayed in their entirety pending completion of the arbitration.

IT IS SO ORDERED.

Dated: _____

_____
HON. CLAUDIA WILKEN
Judge of the Northern District Court of California

CARLTON DiSANTE &
FREUDENBERGER LLP

280455.1

2   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO COMPEL ARBITRATION AND STAY PROCEEDINGS
Case No. C 07 4811 CW