1  Michael J. Meyer (State Bar No. 242706)
   **LAW OFFICES OF MICHAEL J. MEYER**
2  1801 Clement Avenue, Suite 101
   Alameda, California 94501
3  Telephone (510) 931-5720
   Facsimile (510) 337-1431
4  Michael.Meyer@Meyer-Legal.com

5  Attorneys for Plaintiff Eva Denes

6  Robin E. Weideman (State Bar No. 197595)
   **CARLTON DiSANTE & FREUDENBERGER LLP**
7  8950 Cal Center Drive, Suite 160
   Sacramento, California 95826
8  Telephone (916) 361-0991
   Facsimile (916) 361-1480
9
   Attorneys for Defendants Travelers
10 Indemnity Company and Yvonne Garrison

11
12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                          OAKLAND DIVISION

16  EVA DENES,                              Case No. C-07-04811 CW

17            Plaintiff,                    **STIPULATION AND [PROPOSED]
                                            ORDER CONTINUING HEARING DATE
18        v.                                ON MOTION TO COMPEL
                                            ARBITRATION AND CONTINUING
19  TRAVELERS INDEMNITY COMPANY, a          DATE FOR EXCHANGE OF INITIAL
    Connecticut Corporation; YVONNE         DISCLOSURES**
20  GARRISON, an individual; and DOES 1
    through 50, inclusive,
21                                          Dept:  2 (4th Floor)
            Defendants                      Judge: The Honorable Claudia Wilken
22

23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER          1              CASE NO. C-07-04811 CW

## STIPULATION

The Parties, by and through their undersigned counsel, hereby stipulate that the hearing on Defendants' Motion to Compel Arbitration and to Stay Proceedings, presently set for 2:00 p.m. on December 20, 2007, be continued and moved to January 3, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard, with all opposition and reply dates adjusted accordingly. The Parties further stipulate that the date for exchange of initial disclosures, presently set for January 2, 2008, be continued to January 10, 2008.

Date: November 27, 2007          By: _____
                                      Michael J. Meyer

**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 542-7702
Facsimile (510) 337-1431

Attorneys for Plaintiff Eva Denes

Date: November 27, 2007          By: _____
                                      Robin E. Weideman

**CARLTON DiSANTE & FREUDENBERGER LLP**
8950 Cal Center Drive, Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

Attorneys for Defendants Travelers
Indemnity Company and Yvonne Garrison

## ORDER

**According to the Parties' Stipulation, IT IS SO ORDERED.** Defendants' motion to compel arbitration shall be heard at 2:00 p.m. on January 3, 2008, with all opposition and reply due dates adjusted accordingly. In addition, the current date of January 2, 2008 for exchange of

///

///

STIPULATION AND PROPOSED ORDER          2          CASE NO. C-07-04811 CW

1  initial disclosures is hereby VACATED. The parties shall now exchange initial disclosures on
2  January 10, 2008.
3
4  Date: November____, 2007
5                                          Hon. Claudia Wilken
                                        DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER      3      CASE NO. C-07-04811 CW