1  Michael J. Meyer (State Bar No. 242706)
   **LAW OFFICES OF MICHAEL J. MEYER**
2  1801 Clement Avenue, Suite 101
   Alameda, California 94501
3  Telephone (510) 931-5720
4  Facsimile (510) 337-1431
   Michael.Meyer@Meyer-Legal.com
5
   Attorneys for Plaintiff Eva Denes
6
7  Robin E. Weideman (State Bar No. 197595)
   **CARLTON DiSANTE & FREUDENBERGER LLP**
8  8950 Cal Center Drive, Suite 160
   Sacramento, California 95826
9  Telephone (916) 361-0991
   Facsimile (916) 361-1480
10
11 Attorneys for Defendants Travelers
   Indemnity Company and Yvonne Garrison
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>             Plaintiff,<br><br>     v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>             Defendants | Case No. C-07-04811 CW<br><br>**STIPULATION AND ORDER MOVING HEARING ON MOTION TO COMPEL ARBITRATION AND CONTINUING DATE FOR EXCHANGE OF INITIAL DISCLOSURES AS MODIFIED**<br><br>Dept:   2 (4th Floor)<br>Judge:  The Honorable Claudia Wilken |

STIPULATION AND PROPOSED ORDER        i            CASE NO. C-07-04811 CW

# STIPULATION MOVING HEARING DATE

The Parties, by and through their undersigned counsel, hereby stipulate that the hearing on Defendants' Motion to Compel Arbitration and to Stay Proceedings, presently set for 2:00 p.m. on December 20, 2007, be continued and moved to January 3, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard, with all response and filing dates adjusted accordingly. The Parties further stipulate that the date for exchange of initial disclosures, presently set for January 2, 2008 be continued to January 10, 2008.

Date: November_____, 2007        By: _____
                                        Michael J. Meyer

**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 931-5720
Facsimile (510) 337-1431

Attorneys for Plaintiff Eva Denes

Date: November_____, 2007        By: _____
                                        Robin E. Weideman

**CARLTON DiSANTE & FREUDENBERGER LLP**
8950 Cal Center Drive, Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

Attorneys for Defendants Travelers
Indemnity Company and Yvonne Garrison

**According to the Parties' Stipulation, IT IS SO ORDERED.** Defendants' motion to compel arbitration shall be heard at 2 p.m. on **January 10, 2008**, with all opposition and reply due dates adjusted accordingly. In addition, the current date of January 2, 2008 for exchange of

///

1  initial disclosures is hereby VACATED.  The Parties shall now exchange initial disclosures on

2  **January 17, 2008.**

4  Date:  November____30____, 2007

                                             */s/ Claudia Wilken*

5                                         Hon. Claudia Wilken
                                       DISTRICT COURT JUDGE