**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA DENES, | No. C 07-04811 CW |
|     Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
|     v. | |
| TRAVELERS INDEMNITY CO., | |
|     Defendant. | |

    Notice is hereby given that the case management conference, previously set for January 8, 2008, is continued to **January 10, 2008, at 2:00 p.m.**, to be heard along with Defendant Travelers Indemnity Company's Motion to Compel Arbitration and to Stay Proceedings, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 11/30/07

_Sheilah Cahill_
SHEILAH CAHILL
Deputy Clerk