Michael J. Meyer  (State Bar No. 242706)
**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 931-5720
Facsimile (510) 337-1431
Michael.Meyer@Meyer-Legal.com

Gordon M. Fauth, Jr. (State Bar No. 190280)
**FAUTH LAW OFFICES**
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431
gmf@classlitigation.com

Attorneys for Plaintiff Eva Denes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EVA DENES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants | Case No. C-07-04811 CW<br><br>**[PROPOSED] ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA**<br><br>Date:　January 24, 2008<br>Time:　2:00 p.m.<br>Dept:　2, 4th Floor<br>Judge:　The Honorable Claudia Wilken |

1      This matter came on for a regularly-noticed hearing on January 24, 2008.

2      After considering the papers submitted by and the arguments of counsel, and for good cause shown and for reasons articulated by the Court at the hearing, this Court hereby ORDERS that the above-captioned action be, and hereby is, REMANDED to the Superior Court of California, County of Contra Costa.

IT IS SO ORDERED

DATED: _____    _____
                                                    UNITED STATES DISTRICT COURT JUDGE