Michael J. Meyer (State Bar No. 242706)
**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 931-5720
Facsimile (510) 337-1431
Michael.Meyer@Meyer-Legal.com

Gordon M. Fauth, Jr. (State Bar No. 190280)
**FAUTH LAW OFFICES**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431
gmf@classlitigation.com

Attorneys for Plaintiff Eva Denes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants | Case No. C-07-04811 CW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION IN ITS ENTIRETY**<br><br>Date:  January 10, 2008<br>Time:  2:00 p.m.<br>Dept:  2, 4th Floor<br>Judge: The Honorable Claudia Wilken |

1  This matter came on for a regularly-noticed hearing.

2  After considering the papers submitted by and the arguments of counsel, and for good
3  cause shown and for reasons articulated by the Court at the hearing, this Court hereby ORDERS
4  that Defendants' Motion to Compel Arbitration be DENIED in its entirety.

5

IT IS SO ORDERED

6

7  DATED: _____          _____
8                                         UNITED STATES DISTRICT COURT JUDGE