CARLTON DiSANTE & FREUDENBERGER LLP
Robin E. Weideman, State Bar No. 197595
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: rweideman@cdflaborlaw.com

Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>        Plaintiff,<br>v.<br><br>TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON,<br><br>        Defendants. | Case No. C 07 4811 CW<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES** |

283373.1

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Travelers Indemnity Company is a wholly-owned subsidiary of The Travelers Companies Inc.

Dated: December 31, 2007

CARLTON DiSANTE & FREUDENBERGER LLP

By: /s/ Robin E. Weideman

Robin E. Weideman
Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and
YVONNE GARRISON

283373.1

1

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES
Case No. C 07 4811 CW