IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA DENES,

      Plaintiff,

  v.

TRAVELERS INDEMNITY CO.,

      Defendant.
_____/

No. C 07-04811 CW

CLERK'S NOTICE CONTINUING MOTION HEARING

    Notice is hereby given that Defendant Travelers Indemnity Company's Motion to Compel Arbitration and to Stay Proceedings and the Case Management Conference, previously set for hearing on January 10, 2008, are continued to **January 24, 2008, at 2:00 p.m.**, to be heard along with Plaintiff's Motion for Remand, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 1/2/08

                                         *Sheilah Cahill*
                                        SHEILAH CAHILL
                                        Deputy Clerk

United States District Court
For the Northern District of California