Michael J. Meyer (State Bar No. 242706)
**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 931-5720
Facsimile (510) 337-1431
Michael.Meyer@Meyer-Legal.com

Attorneys for Plaintiff Eva Denes

Robin E. Weideman (State Bar No. 197595)
**CARLTON DiSANTE & FREUDENBERGER LLP**
8950 Cal Center Drive, Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

Attorneys for Defendants Travelers
Indemnity Company and Yvonne Garrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVA DENES,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>  Defendants | Case No. C-07-04811 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR EXCHANGE OF INITIAL DISCLOSURES** |

## STIPULATION

Based on the pendency of Plaintiff's Motion for Remand and Defendant's Motion to Compel Arbitration, both of which are set for hearing on January 24, 2008, the parties by and through their undersigned counsel of record, hereby STIPULATE to continue the date for exchange of initial disclosures from January 17, 2008 to February 7, 2008.

Date: January 3, 2008         By: __/S/_____
                                  Michael J. Meyer

**LAW OFFICES OF MICHAEL J. MEYER**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 542-7702
Facsimile (510) 337-1431

Attorneys for Plaintiff Eva Denes

Date: January 3, 2008         By: __/S/_____
                                  Robin E. Weideman

**CARLTON DiSANTE & FREUDENBERGER LLP**
8950 Cal Center Drive, Suite 160
Sacramento, California 95826
Telephone (916) 361-0991
Facsimile (916) 361-1480

Attorneys for Defendants Travelers Indemnity Company and Yvonne Garrison

## ORDER

**According to the Parties' Stipulation, IT IS SO ORDERED:** The date for exchange of initial disclosures is herby continued from January 17, 2008 to February 7, 2008.

Date: January ___, 2008        _____
                               Hon. Claudia Wilken
                               DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER          2          CASE NO. C-07-04811 CW