IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA DENES,

       Plaintiff,

  v.

TRAVELERS INDEMNITY CO.,

       Defendant.
_____/

No. C 07-04811 CW

CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion for Remand and Defendant Travelers Indemnity Company's Motion to Compel Arbitration and to Stay Proceedings under submission on the papers.  The hearing previously scheduled for January 24, 2008, is vacated.  The Case Management Conference is also vacated.

Dated: 1/18/08

                                                SHEILAH CAHILL
                                                Deputy Clerk

**United States District Court**
**For the Northern District of California**