```
 1  Robin E. Weideman, State Bar No. 197595
    CARLTON DiSANTE & FREUDENBERGER LLP
 2  8950 Cal Center Drive
    Suite 160
 3  Sacramento, California 95826
    Telephone: (916) 361-0991
 4  Facsimile: (916) 361-1480
    E-Mail: rweideman@cdflaborlaw.com
 5
    Attorneys for Defendants
 6  TRAVELERS INDEMNITY COMPANY and YVONNE
    GARRISON
 7
    Michael J. Meyer (State Bar No. 242706)
 8  LAW OFFICES OF MICHAEL J. MEYER
    1801 Clement Avenue, Suite 101
 9  Alameda, California 94501
    Telephone: (510) 931-5720
10  Facsimile: (510) 337-1431

11  Gordon M. Fauth, Jr. (State Bar No. 190280)
    FAUTH LAW OFFICES
12  1801 Clement Avenue, Suite 101
    Alameda, California 94501
13  Telephone: (510) 238-9610
    Facsimile: (510) 337-1431
14
    Attorneys for Plaintiff
15  EVA DENES
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA DENES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C-07-04811 CW<br><br>**STIPULATION TO CONTINUE INITIAL DISCLOSURES; [PROPOSED] ORDER** |

CARLTON DiSANTE &
FREUDENBERGER LLP

STIPULATION AND ORDER

The parties previously stipulated to exchange initial disclosures on February 7, 2008. However, since that time, the Court has taken under submission two motions relating to the forum in which this case will be resolved: (1) Defendants' Motion to Compel Arbitration and Stay Proceedings; and (2) Plaintiff's Motion to Remand. Based on the ongoing pendency of these motions, the parties, by and through their undersigned counsel of record, hereby STIPULATE to postpone initial disclosures until after the Court rules on these motions. At that time, the parties will meet and confer and mutually agree on a new date for exchange of initial disclosures to take place approximately 14 days after receipt of the Court's ruling (in the event the case is not remanded and not referred to arbitration).

IT IS SO STIPULATED.

Dated: February 4, 2008        CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
Robin E. Weideman
Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

Dated: February 4, 2008        FAUTH LAW OFFICES

By: _____
Gordon M. Fauth, Jr.
Attorneys for Plaintiff
EVA DENES

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Based on the parties' Stipulation above, it is hereby ORDERED that the February 7, 2008 |
| 3 | date for exchange of initial disclosures is VACATED. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: _____                    _____ |
| 6 | The Honorable Claudia Wilken |