Robin E. Weideman, State Bar No. 197595
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: rweideman@cdflaborlaw.com

Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

Michael J. Meyer (State Bar No. 242706)
LAW OFFICES OF MICHAEL J. MEYER
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone: (510) 931-5720
Facsimile: (510) 337-1431

Gordon M. Fauth, Jr. (State Bar No. 190280)
FAUTH LAW OFFICES
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone: (510) 238-9610
Facsimile: (510) 337-1431

Attorneys for Plaintiff
EVA DENES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA DENES, | Case No. C-07-04811 CW |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL DISCLOSURES; ORDER** |
| v. | |
| TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; YVONNE GARRISON, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1  The parties previously stipulated to exchange initial disclosures on February 7, 2008.
2  However, since that time, the Court has taken under submission two motions relating to the forum
3  in which this case will be resolved: (1) Defendants' Motion to Compel Arbitration and Stay
4  Proceedings; and (2) Plaintiff's Motion to Remand. Based on the ongoing pendency of these
5  motions, the parties, by and through their undersigned counsel of record, hereby STIPULATE to
6  postpone initial disclosures until after the Court rules on these motions. At that time, the parties
7  will meet and confer and mutually agree on a new date for exchange of initial disclosures to take
8  place approximately 14 days after receipt of the Court's ruling (in the event the case is not
9  remanded and not referred to arbitration).
10  IT IS SO STIPULATED.
11  Dated: February 4, 2008            CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
Robin E. Weideman
Attorneys for Defendants
TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON

17  Dated: February 4, 2008            FAUTH LAW OFFICES

By: _____
Gordon M. Fauth, Jr.
Attorneys for Plaintiff
EVA DENES

1
2
3
4
5
6
...
28

## ORDER

Based on the parties' Stipulation above, it is hereby ORDERED that the February 7, 2008 date for exchange of initial disclosures is VACATED.

IT IS SO ORDERED.

Dated: 2/11/08

_____
The Honorable Claudia Wilken

2  STIPULATION AND ORDER

286795.1