IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 07-04811 CW

EVA DENES,

          Plaintiff,         **JUDGMENT**

    v.

TRAVELERS INDEMNITY COMPANY and YVONNE GARRISON,

          Defendants.
_____/

For the reasons set forth in this Court's Order Granting Plaintiff's Motion for Remand and Denying Without Prejudice Defendants' Motion to Compel Arbitration,

IT IS ORDERED AND ADJUDGED

That this action is remanded to Superior Court of California, County of Contra Costa. Defendants' motion to compel arbitration is denied without prejudice to re-filing it in the state court proceedings. Each party shall bear its own costs of action.

Dated at Oakland, California, this 15th day of February, 2008.

                                                RICHARD W. WIEKING
                                                Clerk of Court

                        By: _____
                             SHEILAH CAHILL
                             Deputy Clerk