**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

February 19, 2008

Superior Court of California
County of Contra Costa
725 Court St.
Martinez, CA 94553-1233

RE:  CV 07-04811 CW     EVA DENES-v-TRAVELERS INDEMNITY CO.
     **Your Case Number:** (**C-07-01656**)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

|     |     |     |
| --- | --- | --- |
| (X) | Certified copies of docket entries |
| (X) | Certified copies of Remand Order |
| ( ) | Other |

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg